# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>    Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service,<br><br>    Defendant. | No. CV-18-00605-TUC-JGZ<br><br>**ORDER** |

Good cause appearing,

IT IS ORDERED that the Parties' Stipulated Settlement Agreement (Doc. 17) is GRANTED.

The Clerk of the Court is directed to close the file in this action.

Dated this 23rd day of July, 2019.

_____
Honorable Jennifer G. Zipps
United States District Judge